Argued and submitted March 15, reversed and remanded for reconsideration
April 14; 1993

In the Matter of the Compensation of
Eric A. Solmonson, Claimant.
SMURFIT NEWSPRINT CORPORATION,
*Petitioner,*

*v.*

Eric A. SOLMONSON,
*Respondent.*
(WCB 90-14686; CA A75418)
848 P2d 1257

Margaret H. Leek Leiberan, Portland, argued the cause for petitioner. With her on the brief were Leiberan & Gazeley, John Klor and Wallace & Klor, Portland.

Glen H. Downs, Portland, argued the cause for respondent. With him on the brief were Doblie & Associates and Glen H. Downs, Portland.

Before Warren, Presiding Judge, and Edmonds and Landau, Judges.

PER CURIAM

Reversed and remanded for reconsideration. *SAIF v. Herron*, 114 Or App 64, 836 P2d 131, *rev den* 315 Or 271 (1992).